IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DIVISION OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES A. MASHEK | § | CASE NO. 03-70282-M-7 |
| | § | (CHAPTER 7) |
| DEBTOR | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY**

**THE UNDERSIGNED TRUSTEE REPORTS:**

☐   The dividend(s) payable to the creditor(s) listed on Exhibit "A", hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

☒   More than ninety (90) days have passed since the final distribution, and thedividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United Status TReasury, pursuant to chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Date: <u>December 30, 2010</u>             Respectfully submitted,

                              /S/
                    William C. Romo,
                    Chapter 7 Trustee
                    400 N. McColl, Suite E
                    McAllen, TX 78501
                    Tel: (956) 686-3707

## **CERTIFICATE OF SERVICE**

  I certify that I mailed a copy of the foregoing Motion to Pay Funds Into The Registry and Order by electronic filing to the Debtor, Debtor's Attorney, U. S. Trustee unless not notified by electronic filing, then by first class mail, postage prepaid.

                 /S/
             William C. Romo, Chapter 7 Trustee

# EXHIBIT "A"

PLEASE CHECK ONE:

_____   Small Dividends

\_\_\_X\_\_\_\_   Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| Krizek and Krizek<br>2200 Falls Ave.<br>Waterloo, IA 50701 | 31 | $0.89 |