IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DIVISION OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES A. MASHEK | § | CASE NO. 03-70282-M-7 |
| | § | (CHAPTER 7) |
| DEBTOR | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY**

**THE UNDERSIGNED TRUSTEE REPORTS:**

☐ The dividend(s) payable to the creditor(s) listed on Exhibit "A", hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

☒ More than ninety (90) days have passed since the final distribution, and thedividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347 (a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Date: <u>April 14, 2011</u>          Respectfully submitted,


                              /S/
                    _____
                    William C. Romo,
                    Chapter 7 Trustee
                    400 N. McColl, Suite E
                    McAllen, TX 78501
                    Tel: (956) 686-3707
                    Fax: (956) 686-3735

## **CERTIFICATE OF SERVICE**

      I certify that I mailed a copy of the foregoing Motion to Pay Funds Into The Registry by electronic filing to the Debtor, Debtor's Attorney and U. S. Trustee unless not notified by electronic filing, then by first class mail, postage prepaid.

                                               /S/
                                  William C. Romo, Chapter 7 Trustee

Case 03-70282   Document 419   Filed in TXSB on 04/14/11   Page 2 of 3

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____        Small Dividends


\_\_\_X\_\_\_\_        Unclaimed Dividends


| Name and Address | Claim No. | Amount |
|---|---|---|
| KBFM-FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road 9th Floor<br>Atlanta, GA 30326 | 16 | $1.72 |